**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MICHAEL HARRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS,<br><br>                Plaintiff,<br><br>        vs.<br><br>DAVID SONG D/B/A BEST LUBE;<br>CAROL J. JACOBS, AS TRUSTEE OF<br>THE CHARLES AND CAROL JACOBS<br>FAMILY REVOCABLE TRUST A; and<br>DOES 1 to 10,<br><br>                Defendants. | **Case No.: 2:25-cv-05301-SVW (BFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    **PLEASE TAKE NOTICE** that Plaintiff MICHAEL HARRIS ("Plaintiff")
pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses
the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
and any applicable federal statute, the plaintiff may dismiss an action
without a court order by filing:

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  September 4, 2025          **SO. CAL. EQUAL ACCESS GROUP**


By:    /s/  Jason J. Kim
               Jason J. Kim, Esq.
               Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**